[Civ. No. 1369.   First Appellate District.—July 25, 1914.] .

L. G. PARKER, Appellant, v. W. S. KINGSBURY, as Surveyor-General and ex-officio Register of the State Land ·Office etc., Respondent.

STATE LANDS—APPLICATION TO PURCHASE—WITHDRAWAL FROM SALE.— Judgment affirmed on the authority of *Ayers* v. *Kingsbury, ante,* p. 183.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco.   J. M. Seawell, Judge.

The facts are similar to those stated in the opinion in *Ayers* v. *Kingsbury, ante,* p. 183.

Devlin, Devlin & Maddux, and Charles C. Boynton, for Appellant.

. U. S. Webb, Attorney-General, Robert W. Harrison, Deputy Attorney-General, and Malcolm C. Glenn, Deputy Attorney-General, for Respondents.

LENNON, P. J.—This case in its essential features is identical with the case of *Ayers* v. *Kingsbury,* (Civ. No. 1368), *ante,* p. 183, [143 Pac. 85], this day decided. For the reasons

stated in the opinion of this court filed in that case, the judgment appealed from herein is affirmed.

Richards, J., and Kerrigan, J., concurred.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on September 23, 1914.